UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 5, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>            Plaintiff,                        )<br>v.                                                       )<br>                                                           )<br>MICHAEL WILHELM,                    )<br>                                                           )<br>            Defendant.                      ) | Case No. 2:17-CR-00001-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MICHAEL WILHELM</u>, Case No. <u>2:17-CR-00001-MCE,</u> Charge <u>18USC § 3606,</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $__

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

         ✔ (Other) <u>All pretrial release conditions remain in full force and effect. USM shall release defendant on 1/9/2017 at 9:00 a.m. to Pretrial Services for transport to Wellspace.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 5, 2017,</u> at <u>2:45</u> <u>pm</u>.

By _____
Deborah Barnes
United States Magistrate Judge