PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-00001 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL WILHELM, | DATE: February 9, 2017 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on February 9, 2017.

2.      By this stipulation, the parties now move to continue the status conference until March 23, 2017, and to exclude time between February 9, 2017, and March 23, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The Government represents that the discovery associated with this case presently comprises approximately one hundred and twenty-four pages of discovery and a video recording that lasts approximately ninety minutes.  This discovery has been produced directly to Defendant's counsel.  (Defense counsel has requested re-production of ten pages of discovery, which the Government is providing.)

1    b)    Counsel for Defendant presently desires additional time to continue reviewing the

2    discovery for this matter, as well as to conduct additional investigation and research concerning

3    the charges and to consult with Defendant about the foregoing and potential methods of

4    resolution.

5    c)    Counsel for Defendant submits that failure to grant the requested continuance

6    would deny him reasonable time necessary for effective preparation, taking into account the

7    exercise of due diligence.  The Government does not dispute this submission.

8    d)    The parties also note for the Court that Defendant is presently participating in

9    ninety days of court-ordered, in-patient drug treatment.

10    e)    Based on the above-stated findings, the ends of justice served by continuing the

11    case as requested outweigh the interest of the public and Defendant in a trial within the original

12    date prescribed by the Speedy Trial Act.

13    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14    et seq., within which trial must commence, the time period of February 9, 2017 to March 23,

15    2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16    T4] because it results from a continuance granted by the Court at Defendant's request on the

17    basis of the Court's finding that the ends of justice served by taking such action outweigh the

18    best interest of the public and Defendant in a speedy trial.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 8, 2017                          PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ OWEN ROTH
                                                 OWEN ROTH
                                                 Assistant United States Attorney


Dated:  February 8, 2017                          /s/ MICHAEL E. HANSEN
                                                 MICHAEL E. HANSEN
                                                 Counsel for Defendant
                                                 MICHAEL WILHELM




                                  **ORDER**

IT IS SO ORDERED.

Dated:  February 9, 2017


                                                 MORRISON C. ENGLAND, JR
                                                 UNITED STATES DISTRICT JUDGE