PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-00001 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL WILHELM, | DATE: March 23, 2017 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on February 9, 2017.  By stipulation of the parties, the Court continued the status conference to March 23, 2017.

2.      By this stipulation, the parties now move to continue the status conference until May 18, 2017, and to exclude time between March 23, 2017, and May 18, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The Government represents that the discovery associated with this case presently comprises approximately one hundred and twenty-four pages of discovery and a video recording that lasts approximately ninety minutes.  This discovery has been produced directly to Defendant's counsel.

1

b)      Counsel for Defendant presently desires additional time to continue reviewing the discovery for this matter, as well as to conduct additional investigation and research concerning the charges and to consult with Defendant about the foregoing and potential methods of resolution.

c)      Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Government does not dispute this submission.

d)      The parties also note for the Court that Defendant continues to participate in court-ordered drug treatment.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2017 to May 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4      IT IS SO STIPULATED.

5  Dated:  March 21, 2017                 PHILLIP A. TALBERT
                               United States Attorney

6

7                              /s/ OWEN ROTH

8                              OWEN ROTH
                               Assistant United States Attorney

9

10  Dated:  March 21, 2017                 /s/ MICHAEL E. HANSEN

11                              MICHAEL E. HANSEN
                                Counsel for Defendant

12                              MICHAEL WILHELM

13

14

15                            **ORDER**

16

17      IT IS SO ORDERED.

18  Dated:  March 22, 2017

19

20                            MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28