PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00001 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MICHAEL WILHELM, | DATE: July 13, 2017 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on February 9, 2017. By stipulation of the parties, the Court previously continued the status conference to March 23, 2017, and then to May 18, 2017, and then to July 13, 2017.

2.  By this stipulation, the parties now move to continue the status conference until September 14, 2017, and to exclude time between July 13, 2017, and September 14, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The Government represents that the discovery associated with this case presently comprises approximately one hundred and twenty-four pages of discovery and a video recording

that lasts approximately ninety minutes.  This discovery has been produced directly to Defendant's counsel.

      b)    Counsel for Defendant continues to desire additional time to continue reviewing the discovery for this matter, as well as to conduct additional investigation and research concerning the charges and to consult with Defendant about the foregoing and potential methods of resolution.  The parties also note that they are continuing to assess a proposed resolution.

      c)    Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Government does not dispute this submission.

      d)    The parties also note for the Court that Defendant has completed in-patient, court-ordered drug treatment.  Defendant remains under supervision of the Pretrial Services Office and is continuing to participate in treatment.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of July 13, 2017 to September 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 10, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: July 10, 2017

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
MICHAEL WILHELM

**ORDER**

IT IS SO ORDERED.

Dated: July 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE