Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MICHAEL WILHELM

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-00001 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| MICHAEL WILHELM, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Owen Roth, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Wilhelm, that the previously-scheduled status conference date of January 25, 2018, be vacated and the matter set for status conference on April 19, 2018, at 10:00 a.m.

This continuance is requested because defense counsel needs additional time to review discovery received in this case.  Discovery provided to date exceeds 120 pages of written discovery, as well as a video recording.  Also, the defense is continuing to provide the government with relevant mitigation materials.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such

**1**
Stipulation and Order to Continue Status Conference

a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 22, 2018, to and including April 19, 2018.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

      IT IS SO STIPULATED.

Dated: January 22, 2018                        Respectfully submitted,

                                                         /s/ Michael E. Hansen
                                                         MICHAEL E. HANSEN
                                                         Attorney for Defendant
                                                         MICHAEL WILHELM

Dated: January 22, 2018                        PHILLIP A. TALBERT
                                                         United States Attorney

                                                         By: /s/ Michael E. Hansen for
                                                         OWEN ROTH
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, it finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 22, 2018, to and including April 19, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 25, 2018, status conference shall be continued until April 19, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE