Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
MICHAEL WILHELM

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-00001-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| MICHAEL WILHELM, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Owen Roth, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Michael Wilhelm, that the previously-scheduled status conference date of April 19, 2018, be vacated and the matter set for status conference on May 3, 2018, at 10:00 a.m.

This continuance is requested because a plea agreement has been offered by the Government, and undersigned counsel needs time to review that agreement with his client. It is anticipated that defendant Michael Wilhelm will enter a change of plea at the next court date.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**1**
**Stipulation and Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, March 28, 2018, to and including May 3, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  March 28, 2018							Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MICHAEL WILHELM

Dated:  March 28, 2018							PHILLIP A. TALBERT
United States Attorney

By:  /s/ Michael E. Hansen for
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

**2**
**Stipulation and Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, March 28, 2018, to and including May 3, 2018.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  March 28, 2018							Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MICHAEL WILHELM

Dated:  March 28, 2018							PHILLIP A. TALBERT
United States Attorney

By:  /s/ Michael E. Hansen for
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Time from the date of the parties' stipulation, March 28, 2018, to and including May 3, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 19, 2018, status conference shall be continued until May 3, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE